**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 07-20568-CR-UNGARO

UNITED STATES OF AMERICA
    Plaintiff

v.

GASSNO RONARD OWENS,
    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on Defendant Gassno Ronard Owens' Motion to Suppress Physical Evidence and Incorporated Memorandum of Law. D.E. 22.  The matter was referred to United States Magistrate Judge John J. O'Sullivan who on January 15, 2008 issued a Report (D.E. 29) recommending that the Defendant's Motion to Suppress Physical Evidence be granted.  The Court has considered the United States Attorney's Objections to the Report (D.E. 33), but agrees with the analysis upon which the Report is based.

After having conducted a *de novo* review of the record, the Court finds that Officer Rousseau exceeded the scope of a Terry protective search for weapons when he removed the bulge from the Defendant's pocket because the officer did not have probable cause to seize the contents in the Defendant's pockets.  Therefore the search of the Defendant's vehicle incident to the Defendant's arrest was also unlawful.  Moreover due to scant evidence in the record regarding the existence of the BOLO[1] and the minimal corroborating details implicating Defendant while driving his vehicle, the Court finds that Officer Rousseau at best had reasonable

---

[1] On September 7, 2006, Miami-Dade Police Officer Carl Rousseau was on duty in a marked police vehicle when he allegedly received a "be on the lookout" notice or "BOLO" over police radio for a strong armed robbery suspect.

suspicion to conduct a <u>Terry</u> stop of Defendant's vehicle but had no probable cause to search the vehicle.  *See Terry v. Ohio* 392 US 1 (1968).  Accordingly, having considered the record and being otherwise informed in the premises, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 29) is RATIFIED, AFFIRMED AND ADOPTED.  Defendant's Motion to Suppress Physical Evidence is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of February 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT COURT JUDGE

copies provided:
Counsel of Record